No. 591. BETHLEHEM STEEL CO. *v.* ANGLO-CONTINENTALE TREUHAND, A. G., ET AL. January 16, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Frederick H. Wood* and *Wm.*

*D. Whitney* for petitioner.   *Mr. Harry Hoffman* for respondents.

